**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
KRISTEN SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 271-6469
Facsimile: (415) 449-6469
*Attorneys for Plaintiffs*

**DEMLER ARMSTRONG & ROWLAND, LLP**
DEREK H. LIM (SBN 209496)
lim@darlaw.com
1350 Treat Boulevard, Suite 400
Walnut Creek, CA 94597
Telephone: (415) 949-1900
Facsimile: (415) 354-8380

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
ROBERT P. DONOVAN
rdonovan@mdmc-law.com
570 Broad Street, Suite 1500
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICOLE LOCKHART, BOBBI O'SULLIVAN, and ALEXIS JADE HUNTER, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

BEVERAGE MARKETING USA, INC., HORNELL BREWING CO., INC, ARIZONA BEVERAGE COMPANY LLC, ARIZONA BEVERAGES USA LLC, and ARIZONA ICED TEA LLC,

Defendants.

CASE NO. 3:19-cv-01711-WHO

**STIPULATION AND ORDER: (1) RESCHEDULING HEARING DATE ON MOTION; (2) EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TRANSFER VENUE; AND (3) RESCHEDULING CASE MANAGEMENT CONFERENCE A**

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Nicole Lockhart, Bobbi O'Sullivan, and Alexis Jade Hunter ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendants Beverage Marketing USA, Inc., Hornell Brewing Co., Inc, Arizona Beverage Company LLC, Arizona Beverages USA LLC, and Arizona Iced Tea LLC ("Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS on June 13, 2019, Defendants filed a Motion to Dismiss the Complaint or Alternatively, to Transfer Venue ("Motion") (ECF No. 17) and a Request for Judicial Notice (ECF No. 18), and noticed the hearing for August 21, 2019, the earliest date on which both this Court and Defendants' counsel would be available;

WHEREAS, the parties previously filed a stipulation (ECF 23), granted by the Court (ECF 24), enlarging Plaintiffs' time to respond to the Motion and Defendants' time to file a reply;

WHEREAS, due to scheduling conflicts, the parties have agreed to reschedule the hearing date on the Motion to September 11, 2019 at 2:00 pm;

WHEREAS, in the event of such rescheduling, the parties have agreed that Plaintiffs' time to respond to the Motion and Request for Judicial Notice shall be extended from July 17, 2019 to July 31, 2019 and Defendants' reply shall be due on August 21, 2019;

WHEREAS, the parties have also agreed to request to reschedule the case management conference, scheduled for July 16, 2019 at 2:00pm, so as to take place on September 11, 2019, the same day as the hearing date on the Motion;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rule 6-2(b), the hearing date on the Motion is rescheduled to September 11, 2019 at 2:00 pm;

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiffs' time to respond to Defendants' Motion to Dismiss the Complaint or Alternatively, to Transfer Venue and a Request for Judicial Notice, shall be extended from July 17, 2019 to July 31, 2019, and Defendants' time to file a reply shall be extended from August 7, 2019 to August 21, 2019; and

IT IS FURTHER HEREBY STIPULATED AND AGREED by the parties that the Case Management Conference, currently scheduled for July 16, 2019 at 2:00 pm, is rescheduled to take place on September 11, 2019, after the hearing on the Motion.

Dated: July 10, 2019

GUTRIDE & SAFIER LLP

By: /s/ Kristen Simplicio
KRISTEN SIMPLICIO

Attorneys for Plaintiffs

Dated: July 10, 2019

MCELROY DEUTSCH MULVANEY & CARPTENTER, LLP

By: /s/ Robert P. Donovan
Robert P. Donovan

Attorneys for Defendants

## ~~PROPOSED~~ ORDER

Pursuant to Civil Local Rule 6-2(b), and **GOOD CAUSE APPEARING THEREFOR**, it is therefore ORDERED that:

The hearing date on the Motion is hereby rescheduled to September 11, 2019 at 2:00 pm;

Plaintiffs' time to respond to Defendants' Motion to Dismiss the Complaint and Motion to Transfer Venue shall be extended from July 17, 2019 to July 31, 2019, and Defendants' time to file a reply shall be extended from August 7, 2019 to August 21, 2019; and

The Case Management Conference, currently scheduled for July 16, 2019 at 2:00 pm, is rescheduled to take place on September 11, 2019, after the hearing on the Motion.

**IT IS SO ORDERED**.

DATED: 7/12/2019

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF COMPLIANCE**

I, Kristen Simplicio, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert P. Donovan concurred in this filing.

*/s/ Kristen Simplicio*